UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-7456

JOHN PATRICK MCSHEFFREY,

                          Petitioner - Appellant,

        versus

JOSEPH M. BROOKS, Warden,

                          Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   Robert E. Payne, District Judge.  (CA-03-663)

Submitted:  December 18, 2003        Decided:  January 16, 2004

Before LUTTIG, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John Patrick McSheffrey, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Patrick McSheffrey, a federal prisoner, appeals the district court's order dismissing his petition filed under 28 U.S.C. § 2241 (2000).  We have reviewed the record and the district court's order and find no reversible error.  Accordingly, although we grant leave to proceed in forma pauperis, we affirm on the reasoning of the district court.  See McSheffrey v. Brooks, No. CA-03-663 (E.D. Va. Aug. 29, 2003).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED